1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual, | Case No.: 8:23-cv-01691-JFW-KES |
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| vs. | |
| MOUNTAIN 60 CROSSROADS CENTER, L.P., a limited partnership; | |
| Defendants. | |

| | |
|---|---|
| 1 | |
| 2 | **TO THE COURT AND ALL PARTIES TO THIS ACTION:** |
| 3 | In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement. |

ASCENSION LAW GROUP, PC

DATE: November 27, 2023

\_\_\_\_\_/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Michael C. Keo

**NOTICE OF CONDITIONAL SETTLEMENT**
**8:23-CV-01691-JFW-KES**